UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

DAVID K. SOMMERVILLE

        Defendant.

2002 JUN 24 P 2: 24

CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

\*    Civil No. L-02-1081

\*

\*

\*

\*************

## DISMISSAL

Plaintiff, United States of America, by and through counsel, Thomas M. DiBiagio, United States Attorney for the District of Maryland, and Thomas F. Corcoran, Assistant United States Attorney for said District, dismisses this action pursuant to Fed.R.Civ.P. 41(a)(1) and for cause states:

Plaintiff finds it inappropriate to proceed against David K. Sommerville due to proof that this particular defendant is using a social security number belonging to Kevin Don Ferguson. Kevin Don Ferguson is not the debtor. Department of Education requires proof which consists of a copy of Mr. Ferguson's driver's license and a recent cancelled check.(See Attached)

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

By: _____
Thomas F. Corcoran
Assistant United States Attorney

APPROVED this ____ day of _____, 2002

_____
United States District Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___20___ day of ___June___, 2002, a copy

of the foregoing was mailed, postage prepaid to Kevin Don Ferguson, 21414 New Georges

Creek Road, Westernport, MD 21562

By: _____

Thomas F. Corcoran
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
410/209-4800
Trial Bar No. 24894

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

David Sommerville







If found, mail to

**MVA**    **MOTOR VEHICLE ADMINISTRATION**
6601 RITCHIE HIGHWAY, N.E.
GLEN BURNIE, MARYLAND 21062

**RESTRICTION CODES:**

B — Corrective lenses
C — Special brakes, hand controls or other (See Special Restriction Card)
D — Prosthetic aid
E — Automatic transmission
F — Outside mirror
G — Limited to daylight only
H — Limited (See Special Restriction Card)

I — Limited (See Special Restriction Card)
J — Other (See Special Restriction Card)
K — CDL — Intrastate Only
L — Vehicles without air brakes only
M — Except Class A Bus
N — Except Class A & B Bus
O — Except tractor trailers

Anne S. Ferro

A22000045  04032002
NAT BANK BUFFALO, NY

06010000    RCPC
230235595   0520 0627 03
230235595   04-03-02

BWI-BGE   014-2200201023561
9365112017              04/03/02
089584-07-01 -123/2172-35 FIRST UNION NATL BANK   ABS OF
45 029712 0358 006                04032002        ENDORSE
                                                  GUAR
                                                  FUND-MD
                          4019214788